

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2017

No. 04-17-00577-CV

**INTEREST OF L.T. AND K.T., CHILDREN**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02227
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

     Appellant's motion for extension of time to file its brief is GRANTED. Appellant's brief is due on November 8, 2017. No further extensions will be granted.

_Karen Angelini_
Karen Angelini, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court